1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   ARIEL A. NEUMAN (Cal. Bar No. 241594)
4  JUSTIN R. RHOADES (Cal. Bar No. 230463)
   JENNIE L. WANG (Cal. Bar No. 233392)
5  Assistant United States Attorneys
   Violent and Organized Crime Section
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephones:    (213) 894-2917/3380/2450
8       Facsimile:     (213) 894-3713
        E-mails:  ariel.neuman@usdoj.gov
9                 justin.rhoades@usdoj.gov
                  jennie.wang@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,   ) Case No. CR 11-50(A)-GAF
                               )
15            Plaintiff,       ) ORDER SEVERING CERTAIN DEFENDANTS
                               ) FOR TRIAL AND SETTING TRIAL DATE,
16            v.               ) AND FINDINGS REGARDING EXCLUDABLE
                               ) TIME PERIODS PURSUANT TO SPEEDY
17 LUIS OROZCO, et al.,        ) TRIAL ACT
                               )
18            Defendants.      ) **TRIAL DATE: November 6, 2012**
                               )
19                             )
                               )
20                             )
                               )
21                             )
                               )
22  ─────────────────────────── )

23       The trial in this matter is currently set for April 17,

24 2012.  Having considered the files and record in this matter, the

25 discussions with counsel at the February 28, 2012 Status

26 Conference, and the waivers by defendants Rigoberto Villasenor

27 (#2), Jose Villasenor (#3), George Bustamante, Sr. (#4), Lorenzo

28 Gonzalez (#5), Alfredo Revelez (#9), Reinaldo Resendez (#25),

1   Frank Mariscal (#26), Osvaldo Aguirra (#27), Manuel Flores (#28),

2   Jorge Medina (#29), and Johnny Phillips (#44) of their rights

3   under the Speedy Trial Act, 18 U.S.C. § 3161, upon inquiry by the

4   Court at the February 28, 2012 Status Conference, the Court finds

5   that the interests of justice are best served by severing these

6   defendants for trial and continuing the trial date as to these

7   defendants to November 6, 2012.  The Court finds that the record

8   demonstrates facts which provide good cause for findings of

9   excludable time pursuant to the Speedy Trial Act and that no

10  defendant has objected to their severance and the continuance of

11  the trial.[1]

12      Accordingly, defendants Rigoberto Villasenor (#2), Jose

13  Villasenor (#3), George Bustamante, Sr. (#4), Lorenzo Gonzalez

14  (#5), Alfredo Revelez (#9), Reinaldo Resendez (#25), Frank

15  Mariscal (#26), Osvaldo Aguirra (#27), Manuel Flores (#28), Jorge

16  Medina (#29), and Johnny Phillips (#44), shall be severed from

17  the remaining defendants in this case and the trial as to these

18  defendants is continued to November 6, 2012.  The Court finds

19  that, as to these defendants: (i) the ends of justice served by

20  the continuance outweigh the best interest of the public and

21  defendant in a speedy trial; (ii) failure to grant the

22  continuance would be likely to make a continuation of the

23

24      [1]   Defendant Mario Moran (#31) is scheduled to enter a
    guilty plea pursuant to a plea agreement on March 14, 2012.
25  Should he fail to do so, a separate order will be entered
    severing defendant Moran and continuing his trial date to
26  November 6, 2012, as he is more properly joined with these
    defendants rather than those proceeding to trial on April 17,
27  2012.  See 18 U.S.C. §3161(h)(7); United States v. Butz,982 F.2d
    1378, 1381 (9th Cir. 1993) ("Every circuit to consider this
28  section has concluded that 'an exclusion to one defendant applies
    to all co-defendants.'").

1 proceeding impossible, or result in a miscarriage of justice;
2 (iii) the case is so unusual and so complex due to the nature of
3 the prosecution and the number of defendants that it is
4 unreasonable to expect preparation for pre-trial proceedings or
5 for the trial itself within the time limits established by the
6 Speedy Trial Act; and (iv) failure to grant the continuance would
7 unreasonably deny defendants continuity of counsel and would deny
8 defense counsel the reasonable time necessary for effective
9 preparation, taking into account the exercise of due diligence.
10 The Court further finds that examinations to determine the mental
11 competency and physical capacity of defendant Bustamante are
12 required and also justify the continuance of the trial date.
13 THEREFORE, FOR GOOD CAUSE SHOWN:
14      1.    Defendants Rigoberto Villasenor (#2), Jose Villasenor
15 (#3), George Bustamante, Sr. (#4), Lorenzo Gonzalez (#5), Alfredo
16 Revelez (#9), Reinaldo Resendez (#25), Frank Mariscal (#26),
17 Osvaldo Aguirra (#27), Manuel Flores (#28), Jorge Medina (#29),
18 and Johnny Phillips (#44) are ordered severed from the remaining
19 defendants in this case and the trial as to these defendants is
20 set for November 6, 2012, at 9:00 a.m.
21      2.    The time period of April 17, 2012, to November 6, 2012,
22 inclusive, is excluded in computing the time within which the
23 trial must commence as to these defendants, pursuant to 18 U.S.C.
24 §§ 3161(h)(1)(A), 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and
25 (h)(7)(B)(iv).
26      3.    Nothing in this Order shall preclude a finding that
27 other provisions of the Speedy Trial Act dictate that additional
28 time periods are excluded from the period within which trial must

1  commence.   Moreover, the same provisions and/or other provisions

2  of the Speedy Trial Act may in the future authorize the exclusion

3  of additional time periods from the period within which trial

4  must commence.

5      IT IS SO ORDERED.

6

7  February 29, 2012

8  DATE                          THE HONORABLE GARY A. FEESS
                                 UNITED STATES DISTRICT JUDGE

9

10

11  Presented by:

12    /s/
    ARIEL A. NEUMAN
13  JUSTIN R. RHOADES
    JENNIE L. WANG
14  Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28